IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FABIAN ESPARZA, on behalf of himself and other persons similarly situated situated | ) <br> ) CIVIL ACTION NO 15-4644 <br> ) <br> ) |
| *Plaintiffs*, <br> v. | ) JUDGE <br> ) HON. SUSIE MORGAN <br> ) |
| KOSTMAYER CONSTRUCTION, L.L.C. and HIRAM INVESTMENTS, L.L.C. and JAMES H. KOSTMAYER | ) MAG. JUDGE <br> ) HON. JANIS VAN MEERVELD <br> ) <br> ) |
| *Defendants*. | ) |

## MOTION TO COMPEL
## RESPONSES TO WRITTEN DISCOVERY

NOW INTO COURT, come Plaintiffs who respectfully move this Honorable Court for an order compelling Defendant Kostmayer Construction, L.L.C. to: (1) respond fully to Plaintiffs' written discovery and (2) pay attorney's fees and costs.

Plaintiffs incorporate a memorandum in support of the present motion to compel discovery to be filed simultaneously herewith.

*Respectfully submitted,*

/s/ Emily A. Westermeier
_____
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Emily A. Westermeier (#36294)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*emily.costaleslawoffice@gmail.com*

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2016, I served a copy of this Motion on counsel for Defendants via EC/CMF.

*/s/ Emily A. Westermeier*

RULE 37(a)(1) CERTIFICATION

Pursuant Federal Rule of Civil Procedure 37(a)(1), counsel for Plaintiffs exchanged conferred with Defendants' counsel in a good-faith effort to resolve the discovery matters that are subject to this motion.

*/s/ Emily A. Westermeier*