UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FABIAN ESPARZA, on behalf of himself and other person similarly situated | * * * | CIVIL ACTION NO. 15-4644 |
| | * | SECTION: "E"(1) |
| VERSUS | * * | JUDGE SUSIE MORGAN |
| KOSTMAYER CONSTRUCTION, L.L.C., HIRAM INVESTMENTS, L.L.C., and JAMES H. KOSTMAYER | * * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| ************************************* | * | |

ORDER

Before the Court is the Motion to Compel Responses to Written Discovery filed by Plaintiffs (Rec. Doc. 64). Plaintiffs submit they are seeking copies of their paycheck stubs, records of per diem payments, records reflecting hours worked on a daily basis, and other documents reflecting payments made to plaintiffs. Plaintiffs represented that at the parties' Rule 37.1 conference regarding these documents, defendant Kostmayer Construction, LLC ("Kostmayer") agreed to produce them by November 28, 2016, but failed to do so by that date. On December 7, 2016, Kostmayer filed a response memorandum (Rec. Doc. 65), in which it stated that it was in the process of gathering cancelled check/check stubs for opt in plaintiffs and records of per diem payments made to the plaintiffs and that it hoped to provide these documents to Plaintiffs' counsel in advance of the hearing on this Motion. Kostmayer also stated that to the extent it has records of hours worked on a daily basis it would supplement prior to the hearing on this Motion.

IT IS HEREBY ORDERED that the Motion to Compel is GRANTED; to the extent Kostmayer has not already done so, within ten days it shall supplement its discovery responses by producing Plaintiffs' paycheck stubs, records of per diem payments to Plaintiffs, records reflecting

1

hours worked by each Plaintiff on a daily basis, and any other documents in Kostmayer's possession reflecting payments made to the Plaintiffs.

The Court declines to award sanctions or attorney's fees at this time.

New Orleans, Louisiana, this 14th day of December, 2016.

                                                    Janis van Meerveld
                                        United States Magistrate Judge