Invoice Register
Kostmayer Construction, LLC
12/13/2016

| Vouch. | Vendor Name | | Account | Amount | Cost Code | Type | Tax Code | Equipment Code |
|---|---|---|---|---|---|---|---|---|
| 89203 | FARRAY #110214<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 11/2/2014<br>DUE 11/5/2014<br>Nov, 2014 | 5080<br>Gross | 210.00<br>210.00 | 7336-14.400.402 | P | | |
| 89323 | FARRAY #110914<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 11/9/2014<br>DUE 11/13/2014<br>Nov, 2014 | 5080<br>Gross | 150.00<br>150.00 | 7336-14.400.402 | P | | |
| 89469 | FARRAY #11-16-14<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126<br>Desc: 7311 perdiem | PO.<br>DATE 11/20/2014<br>DUE 11/20/2014<br>Nov, 2014 | 5080<br>Gross | 150.00<br>150.00 | 7311-14.400.404 | P | | |
| 89549 | FARRAY #11-23-14<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 11/23/2014<br>DUE 11/26/2014<br>Nov, 2014 | 5080<br>Gross | 200.00<br>200.00 | 7311-14.400.402 | P | | |
| 89626 | FARRAY #11*30<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 11/30/2014<br>DUE 12/3/2014<br>Nov, 2014 | 5080<br>Gross | 100.00<br>100.00 | 7311-14.400.402 | P | | |
| 89781 | FARRAY #120714<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 12/7/2014<br>DUE 12/11/2014<br>Dec, 2014 | 5080<br>Gross | 300.00<br>300.00 | 7311-14.400.402 | P | | |
| 89870 | FARRAY #121414<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 12/14/2014<br>DUE 12/18/2014<br>Dec, 2014 | 5080<br>Gross | 250.00<br>250.00 | 7311-14.400.402 | P | | |
| 89975 | FARRAY #122114<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 12/21/2014<br>DUE 12/24/2014<br>Dec, 2014 | 5080<br>Gross | 200.00<br>200.00 | 7311-14.400.402 | P | | |
| 90063 | FARRAY #122814<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 12/28/2014<br>DUE 12/31/2014<br>Dec, 2014 | 5080<br>Gross | 50.00<br>50.00 | 7311-14.400.402 | P | | |
| 90196 | FARRAY #011115<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 1/11/2015<br>DUE 1/15/2015<br>Jan, 2015 | 5080<br>Gross | 150.00<br>150.00 | 7311-14.400.402 | P | | |
| 90272 | FARRAY #1-18<br>Ray Farria<br>6852 GLENGARY RD<br>NEW ORLEANS, LA 70126 | PO.<br>DATE 1/20/2015<br>DUE 1/21/2015<br>Jan, 2015 | 5080<br>Gross | 200.00<br>200.00 | 7311-14.400.402 | P | | |

Invoice Register
Kostmayer Construction, LLC
12/13/2016

Page 2
12/13/16 09.53
L1 11.0161123

| Vouch. | Vendor Name | | Account | Amount | Cost Code | Type | Tax Code | Equipment Code |
|---|---|---|---|---|---|---|---|---|
| 90376 | FARRAY #012515 | | 5080 | 200.00 | 7311-14.400.402 | P | | |
| | Ray Farria | PO. | Gross | 200.00 | | | | |
| | 6852 GLENGARY RD | DATE 1/25/2015 | | | | | | |
| | NEW ORLEANS, LA 70126 | DUE 1/29/2015 | | | | | | |
| | | Jan, 2015 | | | | | | |
| 91514 | FARRAY #04-19 | | 5080 | 30.00 | 7413-15.400.406 | P | | |
| | Ray Farria | PO. | Gross | 30.00 | | | | |
| | 6852 GLENGARY RD | DATE 4/19/2015 | | | | | | |
| | NEW ORLEANS, LA 70126 | DUE 4/23/2015 | | | | | | |
| | | Apr, 2015 | | | | | | |
| | | | Gross | 2,190.00 | | | | |
| | | | Discount | 0.00 | | | | |
| | | | Retention | 0.00 | | | | |