UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FABIAN ESPARZA, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 15-4644 |
| KOSTMAYER CONSTRUCTION, LLC, ET AL.,<br>    Defendants | SECTION: "E" |

## ORDER

Before the Court is Plaintiffs' motion for attorneys' fees.[1] This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on September 26, 2017.[2] The period for objections ended on October 10, 2017, with no objections having been filed. The Court, having considered the record, the applicable law, relevant filings, and the magistrate judge's Report and Recommendation finds the magistrate judge's findings of fact and conclusions of law are correct and hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiffs' motion for attorneys' fees[3] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants pay Plaintiffs $40,080.00 in attorneys' fees.

**New Orleans, Louisiana, this 13th day of October, 2017.**

                                                    _____
                                                        **SUSIE MORGAN**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 90.
[2] R. Doc. 103.
[3] R. Doc. 90.